UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OZAN WILLIAMS,

        Plaintiff,

  -against-

120 PCT UNDERCOVER, DISTRICT 9,
O'BRIEN, *District #9, 120th Pct.*, JOHN DOE #1,
*District #9, 120 Pct.*, JOHN DOE, *120th Pct.*,
JOHN DOE, *District #9*, JOHN DOE, *120th Pct.*,
CITY OF NEW YORK LAW DEPARTMENT
CORPORATION COUNSEL,

        Defendants.
-----------------------------------------------------------X

JUDGMENT
11-CV- 4690 (WFK)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ FEB 17 2012
BROOKLYN OFFICE

        A Decision and Order of Honorable William F. Kuntz, II United States District Judge, having been filed on February 15, 2012, dismissing the complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); it is

        ORDERED and ADJUDGED that the complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: Brooklyn, New York
       February 15, 2012

                                          DOUGLAS C. PALMER
                                          Clerk of Court